AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ahler, James R. | Indiana Northern Bankruptcy Court | 07/30/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
5400 Federal Plaza, Room 3800
Hammond, IN 46230

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015 | Indiana Public Retirement System |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2017 | State of Indiana - Judicial salary | $72,172.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fifth Third Bank (cash) | A | Interest | M | T | | | | | |
| 2. Chase Bank (cash) | A | Interest | M | T | | | | | |
| 3. Trust #1 (H) | | | | | | | | | |
| 4. FDIC Insured Deposit Account Bank NATD Ameritrade (Y) | | | | | | | | | |
| 5. DFA Tax Mgd Mktwide Val Port (DTMMX) | C | Dividend | M | T | | | | | |
| 6. SSGA FDS S&P 500 Index (SVSPX) | A | Dividend | J | T | | | | | |
| 7. Trust #2 (H) | | | | | | | | | |
| 8. FDIC Insured Deposit Account Bank NA - TD Ameritrade (Y) | | | | | | | | | |
| 9. DFA Tax Managed US Equity Port (DTMEX) | B | Dividend | M | T | | | | | |
| 10. DFA Tax Mgd US Sm Cap Fund (DFTSX) | A | Dividend | J | T | | | | | |
| 11. SSGA FDS S&P 500 Index (SVSPX) | A | Dividend | J | T | | | | | |
| 12. IRA #1 (H) | | | | | | | | | |
| 13. FDIC Insured Deposit Account Bank NATD Ameritrade (Y) | | | | | | | | | |
| 14. DFA Emerging Markets Small Cap PTF (DEMSX) | B | Dividend | K | T | | | | | |
| 15. DFA Intl Sm Cap Val Port (DFSVX) | B | Dividend | K | T | | | | | |
| 16. DFA Emerging Mkts PTF (DFEMX) | A | Dividend | J | T | | | | | |
| 17. IRA #2 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. FDIC Insured Deposit Account Bank NATD Ameritrade (Y) | | | | | | | | | |
| 19. DFA US Micro Cap FD (DFSCX) | B | Dividend | L | T | | | | | |
| 20. DFA Intl Sm Cap Val Port (DFSVX) | A | Dividend | J | T | | | | | |
| 21. DFA Five-Year Global Fixed PTF (DFGBX) | A | Dividend | K | T | | | | | |
| 22. IRA #3 (H) | | | | | | | | | |
| 23. FDIC Insured Deposit Account Bank NATD Ameritrade (Y) | | | | | | | | | |
| 24. DFA Emerging Mkts Value PTF (DFEVX) | A | Dividend | J | T | | | | | |
| 25. DFA Intl SML PTFL (DFISX) | A | Dividend | J | T | | | | | |
| 26. IRA #4 (H) | | | | | | | | | |
| 27. FDIC Insured Deposit Account Bank NATD Ameritrade (Y) | | | | | | | | | |
| 28. DFA Short Term Govt PTF (DFFGX) | A | Dividend | K | T | | | | | |
| 29. DFA One-Year Fixed Income PTF (DFIHX) | A | Dividend | K | T | | | | | |
| 30. DFA Intl Sml PTFL (DFISX) | A | Dividend | J | T | | | | | |
| 31. DFA Two-Year Global Fixed PTF (DFGFX) | A | Dividend | K | T | | | | | |
| 32. DFA US Small Cap Value Port (DFSVX) | A | Dividend | K | T | | | | | |
| 33. DFA Global Real Estate SEC PTF (DFGEX) | A | Dividend | K | T | | | | | |
| 34. DFA International Value (DFIVX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #5 (H) | | | | | | | | | |
| 36. PNC Bank Deposit Sweep Account | A | Interest | L | T | | | | | |
| 37. Indiana Public Employees Deferred Comp Plan (H) | | | | | | | | | |
| 38. Fidelity Diversified International Core Equity Fund | C | Dividend | L | T | | | | | |
| 39. Ironbridge Frontegra SMID Fund | C | Dividend | K | T | | | | | |
| 40. Vanguard Capital Opportunity Fund (mid cap growth) | C | Dividend | L | T | | | | | |
| 41. MFS Mid Cap Value R6 | B | Dividend | K | T | | | | | |
| 42. Blackrock Advantage Lg Cp Value Ret Instl | E | Dividend | | | Sold | 11/17/17 | K | | |
| 43. EB Dynamic Value Equity Fund Cl II | A | Dividend | J | T | Buy | 11/17/17 | K | | |
| 44. Pimco Total Return Instl | A | Dividend | L | T | | | | | |
| 45. 529 Acct #1 (H) | | | | | | | | | |
| 46. UESP Vanguard Total Stock Mkt Indx (VITPX) (X) | A | Dividend | K | T | | | | | |
| 47. UESP Vanguard Total Intl Stock Indx (VTPSX) (X) | A | Dividend | K | T | | | | | |
| 48. UESP Vanguard Total Bond Mkt Indx (VBMPX) (X) | A | Dividend | K | T | | | | | |
| 49. 529 Acct #2 (H) | | | | | | | | | |
| 50. UESP Vanguard Total Stock Mkt Indx (VITPX) (X) | A | Dividend | K | T | | | | | |
| 51. UESP Vanguard Total Intl Stock Indx (VTPSX) (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. UESP Vanguard Total Bond Mkt Indx (VBMPX) (X) | A | Dividend | J | T | | | | | |
| 53. 529 Acct #3 (H) | | | | | | | | | |
| 54. College Choice US Equity Index Portfolio (X) | | None | J | T | | | | | |
| 55. College Choice International Portfolio (X) | | None | J | T | | | | | |
| 56. College Choice Bond Index Portfolio (X) | | None | J | T | | | | | |
| 57. 529 Acct #4 (H) | | | | | | | | | |
| 58. College Choice US Equity Index Portfolio (X) | | None | J | T | | | | | |
| 59. College Choice International Portfolio (X) | | None | J | T | | | | | |
| 60. College Choice Bond Index Portfolio (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ahler, James R. | 07/30/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II, line 1: If I were to withdraw from this plan before taking benefits, I would be entitled to a cash distribution of value "L."

Part VII, lines 45-60: These 529 accounts and underlying assets were inadvertently omitted from my initial report. Please treat this information as an amendment to that filing.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 07/30/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **James R. Ahler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544